UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 02-215 (MJD/JGL)

TRUSTEES OF THE GRAPHIC COMMUNICATIONS LOCAL 1M HEALTH AND WELFARE FUNDS,

Plaintiff,

v.

SPECTRUM, INC.,

Defendant.

ORDER

It appears that more than 120 days have elapsed since suit was filed and that no appearance has been entered by defendant. The Federal Rules of Civil Procedure and the Local Rules of this District require that an answer or other pleading be filed.

Accordingly, counsel for plaintiff is directed to:

1. Notify defense counsel immediately that he/she is required to make an appearance or move for an extension of time to do so;

2. File an application for entry of default unless the required pleading is filed within 10 days; or

3. Advise the Court in writing of any good cause to the contrary.

Failure to comply with this Order within 20 days of the date of this order may result in dismissal of this action for failure to prosecute.

DATED: May 20, 2002

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

MAY 2 . [illegible]
Filed__________
Richard D. Sletten, Clerk
Judgment Entd.__________
Deputy Clerk__________