UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 02-215 (JEL/JGL)

TRUSTEES OF THE GRAPHIC COMMUNICATIONS LOCAL 1M HEALTH AND WELFARE FUNDS,

Plaintiff,

v.

REPORT & RECOMMENDATION

SPECTRUM, INC.,

Defendant.

The complaint in this case was filed on January 17, 2002. When no answer was filed on behalf of defendant(s) or other appearance made within the time required by the rules, the court issued an order on May 20, 2002, which by its terms required plaintiff to take certain action.

To date, plaintiff has not complied with the terms of that order.

Based upon the foregoing, IT IS RECOMMENDED that the case be **DISMISSED** for lack of prosecution.

DATED: June 12, 2002

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

Under D.Minn. LR 72.1(c)(2) any party may object to this Report and Recommendation by filing with the Clerk of Court, and serving all parties by June 28, 2002, a writing which specifically identifies those portions of this Report to which objections are made and the basis of those objections. Failure to comply with this procedure shall operate as a forfeiture of the objecting party's right to seek review in the Court of Appeals. A party may respond to the objecting party's brief within ten days after service thereof. All briefs filed under this rule shall be limited to ten pages. A judge shall make a de novo determination of those portions to which objection is made.

Filed JUN 12 2002
Richard D. Sletten, Clerk
Judgment Entd.________
Deputy Clerk________