UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

02-215 (JEL/JGL)

TRUSTEES OF THE GRAPHIC )
COMMUNICATIONS LOCAL 1M )
HEALTH AND WELFARE FUNDS, )
Plaintiff, )
v. ) ORDER
SPECTRUM, INC., )
Defendant. )

Plaintiff objects to the Report and Recommendation, issued June 12, 2002, by the Honorable Jonathan Lebedoff, United States Magistrate Judge. Plaintiff's objections to the Report were timely filed, pursuant to Local Rule 72.1(c)(2). Plaintiff objected to a dismissal of the case for lack of prosecution on the ground that the Defendant had declared bankruptcy, thereby preventing Plaintiff from prosecuting this action.

Based upon a de novo review of the record herein, the Court declines to adopt the Magistrate's Report and Recommendation at this time. Accordingly, IT IS ORDERED that:

1. This action be STAYED until further order of the Court.

Dated: 7-31, 2002

Joan E. Lancaster
United States District Judge

FILED JUL 31 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________